UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:22-cv-0268 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SERGEANT SINGH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for the appointment of counsel filed October 14, 2022. (ECF No. 22.)

In the pending motion, plaintiff requests appointment of counsel because he is paralyzed from the neck down, rendering him unable to litigate this action. (Id. at 1.) The motion states that it was prepared with assistance from the Senior Librarian. (Id.) Attached to the motion is a medical record dated September 1, 2022. (Id. at 2-3.) This record states that plaintiff woke up early that morning with cramping pain in his neck and realized that he was unable to move his extremities. (Id. at 2.) Another entry in plaintiff's medical records from September 1, 2022, states that plaintiff was able to slowly move his right pinkie. (Id. at 3.) The nurse told plaintiff that "hopefully it will continue to progress and get his movement in his right side back." (Id.)

////

Court records reflect that plaintiff was housed at the California Medical Facility ("CMF") at the time he filed his motion for the appointment of counsel. Records from the California Department of Corrections and Rehabilitation ("CDCR") reflect that plaintiff is no longer incarcerated by CDCR. Plaintiff did not file a notice of change of address reflecting a new address.

Plaintiff is ordered to inform the court whether he intends to continue prosecuting this action. In this briefing, plaintiff shall also address the status of his paralysis. The undersigned acknowledges that it may be difficult for plaintiff to respond to this order. However, before the undersigned further considers plaintiff's motion for appointment of counsel, the undersigned requires clarification from plaintiff regarding his desire to continue prosecuting this action.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall inform the court whether he intends to continue prosecuting this action; plaintiff shall also address the status of his paralysis.

Dated:  December 8, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kend0268.31