UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGEANT SINGH, et al.,<br><br>  Defendants. | No. 2: 22-cv-0268 DAD KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the February 3, 2023 discovery deadline is vacated.

On January 23, 2023, the undersigned recommended that this action be dismissed based on plaintiff's failure to prosecute. (ECF No. 25.) The undersigned also vacated the April 28, 2023 dispositive motion deadline. (Id.)

Pending before the court is defendants' January 19, 2023 motion to extend all deadlines.[1] (ECF No. 24.) As discussed above, the dispositive motion deadline is vacated. Good cause appearing, the undersigned vacates the February 3, 2023 discovery deadline rather than extending it. The discovery deadline will be reinstated, if appropriate, at a later stage of these proceedings.

---

[1] The undersigned was not aware of defendants' January 19, 2023 motion when he issued the January 23, 2023 order and findings and recommendations.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to extend all deadlines (ECF No. 24) is denied;
2. The February 3, 2023 discovery deadline is vacated.

Dated: January 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ken268.ord(2)

2