UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>             Plaintiff,<br><br>      v.<br><br>SERGEANT SINGH, et al.,<br><br>             Defendants. | No.  2:22-cv-0268 DAD KJN P<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, has requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  April 18, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kend0268.59a