UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2: 22-cv-0268 DAD KJN P |
| Plaintiff, | |
| v. | ORDER |
| SERGEANT SINGH, et al., | |
| Defendants. | |

Plaintiff, a civil detainee proceeding pro se, has requested that this action be dismissed. (ECF No. 30.)  Defendants do not object to the dismissal of this action.  (ECF No. 32.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  April 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ken268.dis
kc

1